11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rodney Earl Miller,                    * From the 244th District
                                         Court of Ector County,
                                         Trial Court No. C-29,905.

Vs. No. 11-11-00350-CR                 * October 10, 2013

The State of Texas,                    * Memorandum Opinion by Willson, J.
                                         (Panel consists of: Wright, C.J.,
                                         McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.